

# In the
# Court of Appeals
# Sixth Appellate District of Texas at Texarkana

_____

No. 06-25-00172-CR

_____

JASHUN R RILEY, Appellant

V.

THE STATE OF TEXAS, Appellee

On Appeal from the 5th District Court
Bowie County, Texas
Trial Court No. 24F0718-005

Before Stevens, C.J., van Cleef and Rambin, JJ.
Memorandum Opinion by Justice Rambin

# MEMORANDUM OPINION

A Bowie County jury found Jashun R. Riley guilty of three counts of sexual assault of a child, second-degree felonies, and sentenced him to twenty years' imprisonment on each count and assessed a fine of $10,000.00.[1]  *See* TEX. PENAL CODE ANN. § 22.011(a)(2).  The trial court ordered the sentences to run consecutively.  Riley appeals his convictions, arguing that he was denied his right to confront the alleged victim with evidence that contradicted her accusation that she was sexually assaulted.

Via a single consolidated brief, Riley appeals his convictions on the basis that the trial court's exclusion of evidence violated his right to confront the alleged victim.

We addressed Riley's argument in detail in our opinion addressing his appeal in appellate cause number 06-25-00171-CR, and we apply the same legal standard and analysis here as we did in his companion case.  Because we conclude that Riley failed to preserve his issue on appeal, we affirm the trial court's judgment.

Jeff Rambin
Justice

Date Submitted: July 16, 2026
Date Decided: July 22, 2026

Do Not Publish

---

[1]In his companion appellate cause number 06-25-00171-CR, Riley challenges his conviction for one count of sexual assault of a child in trial court cause number 23F0740-005.  *See* TEX. PENAL CODE ANN. § 22.011(a)(2).  In his companion appellate cause number 06-25-00173-CR, Riley challenges his conviction for one count of sexual assault of a child in trial court cause number 24F0719-005.  *See* TEX. PENAL CODE ANN. § 22.011(a)(2).